# Exhibit 3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
In re:

Chapter 7

NATIONAL EVENTS HOLDINGS, LLC, et al.,

Case No.: 17-11556 (JLG)
(Jointly Administered)

Debtors.

--------------------------------------------------------------X

KENNETH P. SILVERMAN, ESQ., THE CHAPTER 7
TRUSTEE OF THE JOINTLY ADMINISTERED
ESTATES OF NATIONAL EVENTS HOLDINGS,
LLC, et al.,

Master
Adv. Pro. No.: 20-01198 (JLG)

Plaintiff,

-against-

ELITE CONCIERGE GROUPS INC. AND
ELITE CONCIERGE GROUP L.L.C.

Adv. Pro. No. 19-01233 (JLG)

Defendants.

--------------------------------------------------------------X

### ORDER UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 7055 GRANTING PLAINTIFF'S MOTION FOR DEFAULT AND DIRECTING THE CLERK OF THE COURT TO ENTER A MONEY JUDGMENT AGAINST DEFENDANTS

Upon the motion of Kenneth P. Silverman, Esq., the Chapter 7 Trustee of the Jointly Administered Estates of National Events Holding, LLC, *et al.*, seeking entry of an order pursuant to Federal Rule of Bankruptcy Procedure 7055, granting Plaintiff's Motion for Default and Directing the Clerk of the Court to Enter a Money Judgment against Elite Concierge Group Inc. and Elite Concierge Group LLC; and upon the Declaration of Edward J. LoBello, Esq., executed on September 11, 2019 and the exhibits attached thereto; and upon the Affidavit of Service of the Motion, which is on file with the Court; and no objection to the Motion having been interposed; and Plaintiff being entitled to judgment against Defendants; and the Motion having come on for a hearing before the Honorable James L. Garrity, United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of New York on June 24, 2026, the transcript

and record of which is incorporated herein by reference; and Plaintiff, by his attorneys, Bond, Schoeneck & King, PLLC, having appeared in support of the Motion; and no opposition having been filed and no one appearing in opposition to the Motion at the Hearing; and further notice being neither necessary nor required; and after due deliberation and consideration of all of the facts and circumstances herein; it is hereby

**ORDERED**, that the Motion is granted as set forth herein; and it is further

**ORDERED**, that the Clerk of the Court is directed to enter a money judgment in favor of Kenneth P. Silverman, Esq., as Chapter 7 Trustee and against Elite Concierge Group Inc. and Elite Concierge Group LLC, in the amount of $486,344.56 and such judgment should be entered without delay; and it is further

**ORDERED**, that the Trustee is authorized to do such things, expend such funds and execute those documents necessary to implement the terms of this Order; and it is further

**ORDERED**, that this Bankruptcy Court shall retain jurisdiction to resolve controversies and disputes regarding the interpretation or enforcement of the terms of this Order.

Dated: New York, New York
      June __, 2026

                                          HONORABLE JAMES L. GARRITY
                                          United States Bankruptcy Judge