# Exhibit 4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

In re:

NATIONAL EVENTS HOLDINGS, LLC, et al.,

                              Debtors.

--------------------------------------------------------------X

KENNETH P. SILVERMAN, ESQ., THE CHAPTER 7
TRUSTEE OF THE JOINTLY ADMINISTERED
ESTATES OF NATIONAL EVENTS HOLDINGS,
LLC, et al.,

                             Plaintiff,

            -against-

ELITE CONCIERGE GROUPS INC. AND
ELITE CONCIERGE GROUP L.L.C.

                         Defendants.

--------------------------------------------------------------X

Chapter 7
Case No.: 17-11556 (JLG)
(Jointly Administered)

Master
Adv. Pro. No.: 20-01198 (JLG)

Adv. Pro. No. 19-01233 (JLG)

## <u>DEFAULT JUDGMENT AGAINST DEFENDANTS</u>

Upon the Notice of Motion of Kenneth P. Silverman, Esq., as chapter 7 trustee of the Jointly

Administered Estates of National Events Holding, LLC *et* al., by his counsel, Bond, Schoeneck &

King, PLLC, dated May 29, 2026, seeking an order directing entry of a default judgment against

Elite Concierge Group Inc. and Elite Concierge Group LLC.; and upon the Declaration of Edward

J. LoBello, Esq., dated September 11, 2019, and the exhibits annexed thereto and upon the affidavit

of service of the Motion on file with the Court; and no objection to the Motion having been

interposed; and Plaintiff being entitled to judgment against Defendant in the amount of

$118,120.00; and Plaintiff having appeared at the hearing in support of the Motion; and further

notice being neither necessary nor required; and after due deliberation and consideration of all of

the facts and circumstances herein; and Plaintiff having demonstrated his *prima facie* entitlement

to a default judgment; it is hereby:

**ADJUDGED,** that the judgment is granted in favor of the Trustee, Kenneth P. Silverman, Esq., as Chapter 7 Trustee, with a business address at 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753 against Elite Concierge Group Inc. and Elite Concierge Group LLC, having a last known address or place of business at 1133 Broadway, Suite 539, New York, New York 10010, in the amount of $118,120.00, plus interest from the date of this judgment; and it is further

**ADJUDGED,** that Plaintiff may execute thereon; and it is further

**ADJUDGED,** that Plaintiff has all of the rights and remedies afford to a judgment creditor by law; and it is further

**ADJUDGED,** that Plaintiff may enforce this judgment against Defendants as allowed by applicable law.

Dated: New York, New York
      June \_\_, 2026

                                                    _____
                                                    VITO GENNA
                                                    CLERK OF THE BANKRUPTCY COURT